124 F.3d 187
 Amrit Lal
v.
Borough of Kennett Square, Kenneth Roberts, President of
Borough Council, J. McCarthy, Council Members, C. Merrick,
M. Piergalline, J. Scalise, T. Zunino, C.S. Cramer, Mayor,
Douglas Marguriet, Borough Manager, Charles Warner, Code
Enforcement Official, Albert McCarthy, Chief of Borough
Police, John L. Hall, Associate Solicitor, Mark Tunnell,
Assistant Solicitor, John Halsted, Solicitor to Borough,
Government of Chester County,
 NO. 96-1772
 United States Court of Appeals,
Third Circuit.
 July 31, 1997
 
 Appeal From: E.D.Pa. ,No.95cv07938 ,
 Ditter, J.,
 
 935 F.Supp. 570
 
 1
 Affirmed.